**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LEYCHAWNE  D. JOHNS AND 2316
PROVIDENCE AVENUE LLC

               v.

LEWIS M. HUNT-IRVING, WADE KING
AND 2316 PROVIDENCE AVENUE LLC

PETITION OF:  LEWIS M. HUNT-IRVING

: No. 535 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.